MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
TERESA ALLEN (SBN 264865)
BRIAN HAWKINSON (SBN 341856)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone:     (510) 452-5500
Facsimile:      (510) 452-5510

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN DEPPE, Deceased, by and through his Successor in Interest, MICHAEL DEPPE; and MICHAEL DEPPE, Individually,<br><br>            Plaintiff,<br><br>     vs.<br><br>SHASTA COUNTY, a public entity; SHASTA COUNTY SHERIFF-CORONER ERIC MAGRINI, in his individual capacity; CAPTAIN GENE RANDALL; WELLPATH INC., a Delaware corporation; WELLPATH MANAGEMENT, INC., a Delaware Corporation; WELLPATH LLC, a Delaware Limited Liability Company; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; SANAZ PARSA, M.D.; TRACI LEWIS, L.M.F.T; SHEA PHINNEY, L.M.F.T.; DANIEL DELLWO, P.A.; and DOES 1–20; individually, jointly and severally,<br><br>            Defendants. | Case No. 2:22-cv-00187-TLN-JDP<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER (Doc. 5)** |

Pursuant to the Court's instruction on May 20, 2022, after the parties filed their Joint Case Management Statement (Doc. 17), the parties hereby stipulate and agree to modify the Scheduling Order in this matter (Doc. 5) as follows:

1. This is a civil rights wrongful death/survival action arising from allegations of the Defendants' deliberate indifference to the serious medical and mental health needs of pretrial detainee, Jordan Deppe, resulting in his suicide on January 7, 2021, at the Shasta County jail, with a date of death of January 8, 2021.

2. This case involves a large number of participants, including six currently known individual defendants and five entity defendants, represented by three sets of counsel. Based on the complexities of the issues presented, the number of parties, records involved, and anticipated depositions, an additional amount of time is needed to accommodate the schedules of all parties and deponents, to allow for the completion of discovery and expert disclosures, to allow the experts time to complete their review of deposition transcripts before writing their reports, and to allow sufficient time for pretrial preparation.

3. While all parties have agreed that the proposed modifications will allow the parties additional time to adequately prepare for trial, the parties are mindful of the overcrowded Eastern District docket, the demands placed on Eastern District judges, and the Court's limited resources, especially during this pandemic. The parties are represented by experienced counsel who have worked together before, sometimes on many cases, and will continue to work cooperatively together, and in an orderly fashion, and believe that they will complete all necessary discovery and pretrial matters with this extension of the deadlines.

4. The parties therefor stipulate to an extension of the dates in this matter. The modification of the discovery, dispositive motion, and pretrial dates, as requested in the parties' Joint Case Management Statement (Doc. 17), would move dates as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Fact Discovery | December 28, 2022 | June 30, 2023 |
| Expert Disclosures due | February 24, 2023 | August 25, 2023 |
| Rebuttal Expert Disclosures | March 28, 2023 | September 29, 2023 |
| Close of Expert Discovery | *Counsel are instructed to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for filing dispositive motions.* | October 27, 2023 |
| Dispositive Motion filing deadline | January 26, 2023 | July 27, 2023 |
| Joint Notice of Trial Readiness | April 27, 2023 | October 27, 2023 |

For the foregoing reasons, the parties respectfully request that this Court enter an order extending the discovery, dispositive motion, and pretrial dates in this case as set forth above, and pursuant to the parties' Joint Case Management Statement.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 31, 2022                              HADDAD & SHERWIN LLP

                                                 */s/ Teresa Allen*
                                                 TERESA ALLEN
                                                 Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: May 31, 2022 | MANNING & KASS |
| 2 | | ELLROD, RAMIREZ, TRESTER LLP |
| 3 | | |
| 4 | | /s/ Lynn L. Carpenter |
| 5 | | MILDRED K. O'LINN<br>LYNN L. CARPENTER<br>KAYLEIGH A. ANDERSEN |
| 6 | | Attorneys for Defendants |
| 7 | | SHASTA COUNTY, SHERIFF-CORONER ERIC MAGRINI, and CAPTAIN GENE RANDALL |

Dated: May 31, 2022    BERTLING LAW GROUP, INC.

/s/ Jemma Parker Saunders

PETER BERTLING
JEMMA PARKER SAUNDERS
Attorneys for Defendants
WELLPATH INC., WELLPATH MANAGEMENT, INC., WELLPATH LLC, CALIFORNIA FORENSIC MEDICAL GROUP INC., TRACY LEWIS, L.M.F.T., SHEA PHINNEY, L.M.F.T., and DANIEL DELLWO, P.A.

Dated: May 31, 2022    LAURIA TOKUNAGA GATES & LINN, LLP

/s/ Anthony Lauria

ANTHONY LAURIA
Attorneys for Defendant SANAZ PARSA, M.D.

Case No.: 2:22-cv-00187-TLN-JDP: STIP. AND ORDER TO MODIFY SCHEDULING ORDER        3

**ORDER**

Based on the parties' stipulation, and with good cause appearing,

IT IS HEREBY ORDERED that the Pretrial Scheduling Order (Doc. 5) is modified as follows:

| **Event** | **Current Date** | **New Date** |
|---|---|---|
| Close of Fact Discovery | December 28, 2022 | June 30, 2023 |
| Expert Disclosures due | February 24, 2023 | August 25, 2023 |
| Rebuttal Expert Disclosures | March 28, 2023 | September 29, 2023 |
| Close of Expert Discovery | *Counsel are instructed to complete all discovery of expert witnesses in a timely manner in order to comply with the Court's deadline for filing dispositive motions.* | October 27, 2023 |
| Dispositive Motion filing deadline | January 26, 2023 | **November 27, 2023** |
| Joint Notice of Trial Readiness | April 27, 2023 | October 27, 2023 |

All other dates set forth in Doc. No. 5 will remain the same.

IT IS SO ORDERED.

Dated: June 1, 2022

Troy L. Nunley
United States District Judge