

# United States District Court
# Eastern District of California

| Jordan Deppe, Deceased, et. al. |
Plaintiff(s)

V.

| Shasta County, et. al. |
Defendant(s)

Case Number: 2:22-cv-0187-DAD-JDP

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Elizabeth B. McGowan** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Traci Lewis, Wellpath, LLC, Wellpath Management, Inc., Shea Phinney, Daniel Dellwo and California Forensic Medical Group, Inc.

On **08-31-2023** (date), I was admitted to practice and presently in good standing in the **North Carolina State Bar** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

John Adena, et. al. v. Shasta County, et. al.; 2:21-cv-00770-MCE-DMC - Pending April 12, 2024

Date: 04/12/2024    Signature of Applicant: /s/ Elizabeth B. McGowan

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Elizabeth B. McGowan |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 150 Fayetteville St. Suite 1120 |
| City: | Raleigh   State: NC   Zip: 27601 |
| Phone Number w/Area Code: | 919-787-4555 |
| City and State of Residence: | Raleigh, North Carolina |
| Primary E-mail Address: | emcgowan@grsm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Lindsey M. Romano |
| Law Firm Name: | Gordon Rees Scully Mansukhani, LLP |
| Address: | 315 Pacific Avenue |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 875-4126   Bar #: 337600 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 12, 2024

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT