UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN DEPPE, et al., | No. 2:22-cv-00187-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER GRANTING STIPULATION TO ALLOW FILING OF SECOND AMENDED COMPLAINT NAMING NOMINAL DEFENDANT |
| SHASTA COUNTY, et al., | |
| Defendants. | (Doc. No. 111) |

On January 28, 2022, plaintiff Michael Deppe filed the complaint initiating this action, bringing claims individually and as the successor in interest for his son, Jordan Deppe (the "decedent"). (Doc. No. 1.) The circumstances giving rise to this case concern the decedent's death on January 7, 2021 as a pretrial detainee at the Shasta County jail. (*Id*.)

On June 20, 2025, the parties filed a joint stipulation to allow the filing of a second amended complaint naming the decedent's mother, Angela Jean Lancaster, as a nominal defendant. (Doc. No. 111.) In their stipulation, the parties explain that they have a private mediation upcoming on September 8, 2025. (*Id*. at ¶ 2.) However, the insurer for defendant Parsa, who was a psychiatrist employed by defendant Wellpath, has informed plaintiff that it will not participate in paying any portion of a settlement unless decedent's mother, Ms. Lancaster, is brought into this action as a nominal defendant or otherwise participates in the mediation. (*Id*.)

1

1  Ms. Lancaster is not represented by plaintiff's counsel. (*Id*. at ¶ 3.) Plaintiff Michael Deppe
2  represents that at the time he filed this lawsuit, he had not had contact with Ms. Lancaster for
3  years and did not know her whereabouts or status. (*Id*. at ¶ 4.) She is last known to be a resident
4  of Nevada, but plaintiff Michael Deppe has searched diligently to find and contact her to no avail.
5  (*Id*. at ¶ 6.) He represents that at this time he is uncertain whether or not Ms. Lancaster is alive,
6  and if so, whether she wishes to attempt to bring any claims in this action. (*Id*.) Accordingly, the
7  parties request that Ms. Lancaster be brought into this case as a nominal defendant so that she can
8  be accorded the process to which she may be entitled by law, and that after proper service, any
9  claims she may have that are related to the claims in this case can be appropriately prosecuted in
10 this action or will be deemed waived and/or terminated. (*Id*. at ¶ 7.)

11  Good cause having been shown, the court hereby GRANTS the parties' stipulation to
12 allow the filing of a second amended complaint naming the decedent's mother, Ms. Angela Jean
13 Lancaster, as a nominal defendant. (Doc. No. 111.) Plaintiffs shall file their second amended
14 complaint within seven (7) days from the date of entry of this order.

     IT IS SO ORDERED.

Dated:  **June 23, 2025**                              _____
                                                       DALE A. DROZD
                                                       UNITED STATES DISTRICT JUDGE

2