MICHAEL J. HADDAD (SBN 189114)
JULIA SHERWIN (SBN 189268)
HADDAD & SHERWIN LLP
505 Seventeenth Street
Oakland, CA 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN DEPPE, Deceased, by and through his Successor in Interest, MICHAEL DEPPE; and MICHAEL DEPPE, Individually,<br><br>Plaintiff,<br>vs.<br><br>SHASTA COUNTY, a public entity; LIEUTENANT DALE MARLAR; WELLPATH LIQUIDATING TRUST substituted in place of WELLPATH MANAGEMENT, INC. and WELLPATH LLC; CALIFORNIA FORENSIC MEDICAL GROUP, INC., a California Corporation; SANAZ PARSA, M.D.; TRACI LEWIS, L.M.F.T; DANIEL DELLWO, P.A.; DOES 3–20; individually, jointly and severally, and ANGELA JEAN LANCASTER, individually and nominally,<br><br>Defendants. | **Case No. 2:22-cv-00187-DAD-JDP**<br><br>**DECLARATION OF MICHAEL J. HADDAD IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: May 19, 2026<br>Time: 1:30 p.m.<br>Courtroom: VIA ZOOM |

STATE OF CALIFORNIA )
)
COUNTY OF ALAMEDA )

I, Michael J. Haddad, attest and declare as follows:

1. I am admitted to practice law in the State of California and State of Michigan, and I am admitted to practice before this Court.

2. I am one of the attorneys for Plaintiff Michael Deppe in this matter.

3. Attached as **Exhibit 1** is a true and correct copy of a summary of voluminous medical records detailing Jordan Deppe's history of suicide attempts and ideation. This summary is prepared under Rule of Evidence 1006, Summaries to Prove Content. The foundational records are attached to the back of the chart and consecutively numbered.

4. Attached as **Exhibit 2** is a true and correct copy of the Rule 26 report of Todd Wilcox, M.D., Plaintiff's expert in Medicine, Correctional Medicine, and Healthcare.

5. Attached as **Exhibit 3** is a true and correct copy of a summary of voluminous records detailing Jordan Deppe's mental health diagnoses in his medical records and emergency psychiatric hospitalizations under Welfare & Institutions Code §§ 5150, 5250, and 1799. This summary is prepared under Rule of Evidence 1006, Summaries to Prove Content. The foundational records are attached to the back of the chart and consecutively numbered.

6. Attached as **Exhibit 4** is a true and correct copy of the Redding Police Report for Jordan Deppe's Arrest on December 21, 2020, bates PLF 571.

7. Attached as **Exhibit 5** is a true and correct copy of the CFMG jail medical chart for Jordan Deppe, bates PLF 994-1254.

8. Attached as **Exhibit 6** is a true and correct copy of the deposition of Defendant Traci Lewis, LMFT, in this matter.

9. Attached as **Exhibit 7** is a true and correct copy of relevant portions of the deposition of Shea Phinney, LMFT, in this matter.

10. Attached as **Exhibit 8** is a true and correct copy of relevant portions of the deposition of Jamie Rebello, LVN, in this matter.

11. Attached as **Exhibit 9** is a true and correct copy of the deposition of Defendant Daniel Dellwo, PA, in this matter.

12. Attached as **Exhibit 10** is a true and correct copy of the Deposition of Defendant Sanaz Parsa in this matter.

13. Attached as **Exhibit 11** is a true and correct copy of the Deposition of Shasta County Jail Commander, Captain Gene Randall, in this matter.

14. Attached as **Exhibit 12** is a true and correct copy of a jail deputy report from an incident on April 2, 2020, bates SC 1175.

15. Attached as **Exhibit 13** is a true and correct copy of the Rule 26 report of Richard Hayward, Ph.D., Plaintiff's expert in Clinical, Correctional, and Forensic Psychology.

16. Attached as **Exhibit 14** is a true and correct copy of the Shasta County jail's Probable Cause Statement for Jordan Deppe's incarceration starting December 21, 2020, bates SC 1141-1142.

17. Attached as **Exhibit 15** is a true and correct copy of portions of the deposition of Shasta County Jail Sergeant Branden Rodgers from *Johnson v. Shasta Co., et al*, E.D. Cal. Case No. 2:19-cv-01722-JAM-DB.

18. Attached as **Exhibit 16** is a true and correct copy of the CFMG/Wellpath Receiving Screening Policy, bates Wellpath-JD 837-845.

19. Attached as **Exhibit 17** is a true and correct copy of portions of the deposition of Raymond Herr, M.D., Vol. I, from *Johnson v. Shasta Co., et al*, E.D. Cal. Case No. 2:19-cv-01722-JAM-DB.

20. Attached as **Exhibit 18** is a true and correct copy of portions of the deposition of Raymond Herr, M.D., Vol. II, from *Johnson v. Shasta Co., et al*, E.D. Cal. Case No. 2:19-cv-01722-JAM-DB.

21. Attached as **Exhibit 19** is a true and correct copy of portions of the deposition of Carin Kottraba, Ph.D., in this matter.

22. Attached as **Exhibit 20** is a true and correct copy of relevant portions from CFMG/Wellpath's response to Shasta County's Request for Proposals for Comprehensive Health Care Services for the Jail, to continue its contract, bates SC 001626-1629, 1653, 1655, 1665, 1703-1704.

23. Attached as **Exhibit 21** is a true and correct copy of portions of the deposition of Keri Rubalcava, RN, from *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

24. Attached as **Exhibit 22** is a true and correct copy of a Nursing Practice & Patient Advocacy Alert ("Patient Assessment: Roles of RNs and LVNs") from the California Nurses Association, which was Ex. 6 to the deposition of Keri Rubalcava, RN, in *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

25. Attached as **Exhibit 23** is a true and correct copy of "Licensed Vocational Nurse Scope of Practice Standards," from California Correctional Healthcare Services, Ex. 7 to the deposition of Keri Rubalcava, RN, in *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

26. Attached as **Exhibit 24** is a true and correct copy of the Rule 26 report of Anthony Petersen, M.D., Plaintiff's expert in Psychiatry and Correctional Psychiatry.

27. Attached as **Exhibit 25** is a true and correct copy of NCCHC *Essential* Standard MH-G-04 on Suicide Prevention, from 2015.

28. Attached as **Exhibit 26** is a true and correct copy of CFMG's Suicide Prevention Policy in force at the time of these events, bates Wellpath-JD 467-486.

29. Attached as **Exhibit 27** is a true and correct copy of the deposition of Defendant Jail Facility Manager, Lt. Dale Marlar, in this matter.

30. Attached as **Exhibit 28** is a true and correct copy of CFMG's Suicide Prevention Policy from 2017 produced in *Johnson v. Shasta Co., et al*, E.D. Cal. Case No. 2:19-cv-01722-JAM-DB), bates 20170143-0148.

31. Attached as **Exhibit 29** is a true and correct copy of NCCHC *Essential* Standard MH-G-03 on Treatment Plans, from 2015.

32. Attached as **Exhibit 30** is a true and correct copy of CFMG's Mental Health Services policy in force at the time of these events, bates Wellpath-JD 1030-1037.

33. Attached as **Exhibit 31** is a true and correct copy of the jail report of Deputy Serda from an incident on December 24, 2020, in this matter, bates SC 1160.

34. Attached as **Exhibit 32** is a true and correct copy of the relevant portion of a Redding Police Department report containing the statement of Shasta County Jail inmate Ian Hively in this matter, bates SC 1225.

35. Attached as **Exhibit 33** is a true and correct copy of portions of the deposition of Todd Wilcox, M.D., in this matter.

36. Attached as **Exhibit 34** is a true and correct copy of Shasta County Jail inmate statistics reported by the Board of State and Community Corrections (BSCC) for the relevant time period in this matter.

37. Attached as **Exhibit 35** is a true and correct copy of the Shasta County Main Jail staffing plan agreed to between Shasta County and CFMG, Ex. A-1 to the contract between them in this matter, bates Wellpath-JD 1846.

38. Attached as **Exhibit 36** is a true and correct copy of the deposition of Defendant Daniel Dellwo, PA, taken in *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

39. Attached as **Exhibit 37** is a true and correct copy of the CFMG Delegation of Services Agreement (Practice Agreement) Between Supervising Physician and Physician Assistant, pertaining to Daniel Delwo, PA, marked as Ex. 2 to the deposition of Eliud Garcia, M.D., in *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

40. Attached as **Exhibit 38** is a true and correct copy of portions of the deposition of Eliud Garcia, M.D. in *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

41. Attached as **Exhibit 39** is a true and correct copy of portions of the deposition of Anthony Petersen, M.D., in this matter.

42. Attached as **Exhibit 40** is a true and correct copy of the report of Shasta County Deputy Conor Henderson who investigated Jordan Deppe's death for the County and determined that Jordan Deppe died "as a result of suicide by hanging," bates SC 1203.

43. Attached as **Exhibit 41** is a true and correct copy of Jordan Deppe's suicide letters found in his cell after his hanging, bates SC 1221-1222.

44. Attached as **Exhibit 42** is a true and correct copy of portions of the deposition of Shasta County's Forensic Pathologist who performed the official autopsy in this matter, Deirdre Amaro, M.D.

45. Attached as **Exhibit 43** is a true and correct copy of the deposition of Lieutenant Joseph Danis, Shasta County's Fed. Rule Civ. Proc. 30(b)(6) designee as "Defendant Shasta County's Person Most Knowledgeable … concerning its training, policies, and procedures for disabled jail inmates under the Americans with Disabilities Act and/or the Rehabilitation Act in place at the time of Jordan Deppe's death and presently," dated April 30, 2024, in this matter.

46. Attached as **Exhibit 44** is a true and correct copy of Shasta County jail reports concerning incidents involving Jordan Deppe, his two disciplinary reports, and Inmate Status Report forms, bates SC 1161-1162, 1165-1170.

47. Attached as **Exhibit 45** is a true and correct copy of portions of Jordan Deppe's Shasta County Superior Court records related to his December 21, 2020 arrest, bates PLF 510-512.

48. Attached as **Exhibit 46** is a true and correct copy of the Shasta County Jail Suicide Prevention Policy 908, bates SC 364-366.

49. Attached as **Exhibit 47** is a placeholder for the true and correct copy of portions from Shasta County's training for custody staff from 2017, bates SC 2195, 2241, pending the Court's ruling on the County Defendants' request to seal Exhibit 47. Plaintiff will file Exhibit 47, either sealed or not sealed, in accordance with the Court's ruling on Defendants' request to seal the exhibit.

50. Attached as **Exhibit 48** is a true and correct copy of the Rule 26 report of John "Jack" Ryan, Plaintiff's expert in law enforcement and jail practices, procedures, and administration.

51. Attached as **Exhibit 49** is a true and correct copy of photos of Jordan Deppe's jail cell taken after he committed suicide, produced by Shasta County in this matter, bates 1228, 1229, 1234, 1244, 1251, and 1256.

52. Attached as **Exhibit 50** is a true and correct copy of Shasta County deputy reports produced by Shasta County in this matter, bates SC 1181-1186, 1199-1200, 1205-1207, 1213-1214.

53. Attached as **Exhibit 51** is a true and correct copy of the official autopsy report in this matter, bates PLF 398-410.

54. Attached as **Exhibit 52** is a true and correct copy of the Rule 26 report of Michael Freeman, MedDr, PhD, MScFMS, FRCPath, FFFLM, FACE, DLM, Plaintiff's expert in Forensic Medicine and Epidemiology in this matter.

55. Attached as **Exhibit 53** is a true and correct copy of portions of the deposition of Carin Kottraba, Ph.D., taken in *Johnson v. Shasta Co., et al*, E.D. Cal. Case No. 2:19-cv-01722-JAM-DB).

56. Attached as **Exhibit 54** is a true and correct copy of portions of the deposition of Richard Hayward, Ph.D., in this matter.

57. Attached as **Exhibit 55** is a true and correct copy of portions of American Medical Response ambulance records related to Jordan Deppe's January 7, 2021, suicide, bates PLF 1257-1261.

58. Attached as **Exhibit 56** is a true and correct copy of portions of Jordan Deppe's medical records from Shasta Regional Medical Center, bates PLF 4786-4788.

59. Attached as **Exhibit 57** is a true and correct copy of portions of Jordan Deppe's medical records from Mercy Medical Center, bates PLF 1490-1492.

60. Attached as **Exhibit 58** is a true and correct copy of CFMG's job description for the jail Psychiatrist, bates CFMG 1855-1857.

61. Attached as **Exhibit 59** is a true and correct copy of CFMG's staffing schedule showing CFMG scheduling LVN's to work as RN's, working RN shifts at the Shasta County jail, Ex. 3 to the deposition of Keri Rubalcava, RN, in *Adena v. Shasta County*, CAED No. 2:21-cv-00770- DC-DMC.

62. Attached as **Exhibit 60** is a true and correct copy of portions of Jordan Deppe's medical records from Restpadd Red Bluff concerning Defendant Daniel Dellwo, PA's, assessment of him there, bates 1930-1932.

63. Attached as **Exhibit 61** is a true and correct copy of portions of the deposition of Defendant Sanaz Parsa's expert Psychiatrist, Alan Abrams, M.D., in this matter.

64. Attached as **Exhibit 62** is a true and correct copy of portions of the deposition of Ann Shuman, RN, from the California Board of Vocational Nursing and Psychiatric Technicians (BVNPT), taken in *Neuroth v. Mendocino County, et al*, N.D. Cal. Case No. 3:15-CV-01722-03226 RS (LB).

65. I have personal knowledge of the facts stated in this declaration. If called upon to testify to same, I am competent to do so.

I declare under penalty of perjury pursuant to the laws of the United States and the State of California that the foregoing information is true and correct.

Dated: April 17, 2026

By: _*/s/ Michael J. Haddad*__

MICHAEL J. HADDAD